UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL LANG,<br><br>                    Plaintiff,<br><br>     -against-<br><br>S.C.I. SING SING SUPERINTENDENT, et al.,<br><br>                    Defendants. | 23-CV-8627 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 14, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 14, 2023
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                            Chief United States District Judge